ACCEPTED
04-15-00259-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 9:52:55 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00259-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/19/2015 9:52:55 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

CITY OF SAN ANTONIO

APPELLANT

V.

ROXANA TENORIO, INDIVIDUALLY
AND ON BEHALF OF PEDRO TENORIO, DECEASED

APPELLEE

## APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

CITY OF SAN ANTONIO, Appellant, submits its First Unopposed Motion for Extension of Time to File Appellant's Brief and in support of this motion states as follows:

1.     Appellant's Brief is due May 27, 2015.

2.     This motion is filed prior to the expiration of this due date.

3.     The undersigned has conferred with the attorney for Appellee and this motion is unopposed.

4. Appellant requests an additional thirty (30) days to file its Appellant's Brief, extending the time to June 26, 2015.

5. No extension has previously been granted.

6. The undersigned is responsible for the preparation of this Appellant's Brief. The undersigned requested the Clerk's Record on April 28, 2015. CR 78. The record, when filed, did not contain all of the requested items. Those additional items were filed yesterday. The undersigned intends to pick up a copy of that record from the Fourth Court clerk's office within the next few days.

7. The undersigned has numerous previously scheduled mediations he is required to conduct. This extension request is not filed for purposes of delay.

PRAYER

Appellant asks this Court to grant its motion extending the deadline to file its Appellant's Brief to June 26, 2015.

Respectfully submitted,

CITY OF SAN ANTONIO
Martha G. Sepeda, Acting City Attorney
State Bar No. 13143100
Michael D. Siemer, Assistant City Attorney
State Bar No. 18343670
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, TX 78205
(210) 207-8784 – Phone
(210) 207-4357 – Fax

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX  78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/Dan Pozza
State Bar No. 16224800

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the above and foregoing document has been delivered via e-mail transmission on this 20th day of May, 2015, to:

Joe Brad Brock
Law Office of Joe Brad Brock
5866 S. Staples, Suite 103
Corpus Christi, TX  78413
joebrad@thebrocklawfirm.com


/s/Dan Pozza